# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETRA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  CIV-11-0303-F |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Petra Smith applied for insurance benefits and supplemental security income based on an alleged disability.  The Social Security Administration rejected the claim and Ms. Smith initiated the present action.  Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter on December 8, 2011 (doc. no. 22), recommending that the court affirm the decision of the Social Security Administration.  In his Report, the Magistrate Judge advised the parties of their right to file objections by December 27, 2011, and advised that failure to file timely objections would result in waiver of the right to appeal the suggested ruling.  Neither party has filed an objection to the Report and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of Magistrate Judge Bacharach as stated in his Report and

Recommendation. The Social Security Administration's decision rejecting plaintiff's claim is hereby **AFFIRMED**.

Dated this 4th day of January, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-0303p002.wpd